
Gary A. Wolensky (#154041)
gwolensky@hewittwolensky.com
Elizabeth V. McNulty (#192455)
emcnulty@hewittwolensky.com
Patrick R. Ball (#249844)
pball@hewittwolensky.com
HEWITT WOLENSKY LLP
4041 MacArthur Blvd., Suite 300
Newport Beach, CA 92660
Telephone: (949) 783-5050
Facsimile: (949) 783-5059

Attorneys for Defendant
Rawlings Sporting Goods Co., Inc.

Marc L. Godino, Esq.
mgodino@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ORLICK, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAWLINGS SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 12-6787 GHK (RZx)<br><br>**STIPULATION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>CTRM:  650<br>JUDGE:  HON. George H. King<br>MAGISTRATE: Ralph Zarefsky<br><br>DATE OF FILING: AUGUST 7, 2012<br><br>TRIAL DATE: None |

  WHEREAS, on April 27, 2012, Rawlings Sporting Goods Co., Inc. ("Rawlings") filed a Notice of Removal of Case No. BER-L-2427-12 in the United States District Court for the District of New Jersey ("the New Jersey action"). The

1  New Jersey action (Case No. 2:12-cv-02531-WJM-MF) sought to certify a
2  nationwide class of consumers who purchased a Rawlings Power Balance Bracelet;
3      WHEREAS, on August 7, 2012, Plaintiff Stacy Orlick ("Orlick"), on behalf
4  of herself and all others similarly situated, filed this action against Rawlings in the
5  United States District Court for the Central District of California ("the California
6  action"). Similar to the New Jersey action, the California action (Case No. CV 12-
7  6787-GHK-RZx) also sought to certify a nationwide class of consumers who
8  purchased a Rawlings Power Balance Bracelet.
9      WHEREAS, both parties agree that both the New Jersey action and the
10 California action involve the same defendant, and substantially similar claims, and
11 therefore the convenience of parties and witnesses justifies transfer of the California
12 action to the District of New Jersey;
13     WHEREAS, in light of a tentative settlement agreement in the New Jersey
14 action, Plaintiff in the California action and Rawlings agree to transfer the
15 California action to the District of New Jersey to be consolidated with the New
16 Jersey Action for all purposes;
17     WHEREAS, transferring the California action to the District of New Jersey
18 will best serve the interests of judicial economy, and no party will be prejudiced,
19 nor will the Court, by the proposed transfer set out herein; therefore
20     IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
21     This action, entitled *Stacy Orlick, on behalf of herself and all others similarly*
22 *situated, Plaintiff, vs. Rawlings Sporting Goods Co., Inc., a Delaware Corporation,*
23 *and DOES 1-10, inclusive, Defendants*, Case No. 2:12-cv-06787-GHK-RZ,
24 currently pending in the United States District Court, Central District of California,
25 shall be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District
26 Court, District of New Jersey and consolidated with *Ian Steiner, Individually and*
27 *on behalf of those similarly situated, Plaintiff v. Rawlings Sporting Goods*
28

STIPULATION TO TRANSFER
- 2 -

1 | *Company, Inc., Defendant*, Case No. 2:12-CV-02531-WJM-MF.

3 | Dated: May 16, 2013         HEWITT WOLENSKY LLP

By: //s// *Elizabeth V. McNulty*
Gary A. Wolensky
Elizabeth V. McNulty
Patrick Ball
Attorneys for Defendant
Rawlings Sporting Goods Co.

Dated: May 16, 2013         GLANCY, BINKOW & GOLDBERG LLP

By: //s//Marc L. Godino
Marc L. Godino
Attorney for Plaintiff and Proposed Class: Stacy Orlick

STIPULATION TO TRANSFER

- 3 -

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4041 MacArthur Blvd., Suite 300, Newport Beach, CA 92660.

On May 16, 2013, I served, in the manner indicated below, the foregoing document described as **STIPULATION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404(a)** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Newport Beach, addressed as follows:

*Please see attached Service List*

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Newport Beach, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. 5(b)(2)(C).

☐ BY FACSIMILE: (F.R.C.P. 5(b)(2)(F)

☐ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees(F.R.C.P. 5(b)(2)(F).

☒ BY ELECTRONIC SERVICE: I caused such document to be delivered by electronic service as it has been authorized and agreed upon to service electronically in this action to the parties below, to the email addresses listed below. (F.R.C.P. 5(b)(2)(E)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16 2013, at Newport Beach, California.



Katryn Smith

<u>**Service List**</u>

Orlick vs. Rawlings – CV 12-6787 GHK (RZx)

| | |
|---|---|
| Marc L. Godino, Esq.<br>GLANCY BINKOW & GOLDBERG LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | **PLAINTIFF'S COUNSEL**<br><br>310.201.9150<br>310.201.9160 fax<br>info@glancylaw.com;<br>mgodino@glancylaw.com |
| Jon A. Tostrud, Esq.<br>TOSTRUD LAW GROUP, P.C.<br>1925 Avenue of the Stars, Suite 2125<br>Los Angeles, CA 90067 | **PLAINTIFF'S COUNSEL**<br><br>310.278.2600<br>310.278.2640 fax<br>jtostrud@cuneolaw.com |

HEWITT WOLENSKY LLP
4041 MacArthur Blvd., Suite 300
Newport Beach, California 92660
(949) 783-5050

PROOF OF SERVICE

- 2 -